IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YVONNE AVERHART, | ) |
| Plaintiff, | ) Civil Action No. 10 CV 7444 |
| v. | ) Hon. Charles R. Norgle |
| COOK COUNTY SHERIFF, et al. | ) |
| Defendant. | ) |

## ORDER

Defendant Cook County Sheriff's Motion to Dismiss [58] is denied as moot.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: August 8, 2013